In the Matter of Penny Irene Wagner,
a Child.

STATE ex rel JUVENILE DEPARTMENT
OF MARION COUNTY,
*Respondent,*

*v.*

WAGNER,
*Appellant.*

(No. 21,722, CA A22495)

650 P2d 190

J. P. Harris, II, Salem, argued the cause and filed the briefs for appellant.

Jan Peter Londahl, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, Stanton F. Long, Deputy Attorney General, and William F. Gary, Solicitor General, Salem.

Before Thornton, Presiding Judge, and Van Hoomissen and Rossman, Judges.

PER CURIAM

## PER CURIAM

Based upon our *de novo* review of this record we conclude that the requisite facts were established by clear and convincing evidence as required by *Santosky v. Kramer,* 455 US 745, 102 S Ct 1388, 71 L Ed 2d 599 (1982), and that the trial court did not err in terminating respondent's parental rights to Penny Irene Wagner, ORS 419.523; *State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401 (1982).

Affirmed.